People of the State of Illinois ex rel. Irving Bielfeldt et al., Appellees, v. Joseph Gannon et al., Appellants.

Gen. No. 41,702.

Heard in second division, first district, this court at February term, 1941; opinion filed June 19, 1942. Chris D. Gregory and Silvio E. Piacenti, for appellants; Lee W. Carrier, of counsel; McCarthy & Toomey, for appellees; Frank A. McCarthy and John E. Toomey, of counsel. Opinion by Presiding Justice Scanlan. "Not to be published in full."